AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
Eastern Division

**RAY S. LIVINGSTON,**

    **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**OHIO BUREAU OF**        **CASE NO. 2:13-CV-0047**
**MOTOR VEHICLES,**      **JUDGE EDMUND A. SARGUS, JR.**
                                        **MAGISTRATE JUDGE MARK R. ABEL**

    **Defendant.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Opinion and Order filed September 19, 2013, JUDGMENT is hereby entered DISMISSING this case.**

Date: September 19, 2013            JOHN P. HEHMAN, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk